# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:
CHRISTOPHER S. CARTER
NANCY E. CARTER             CASE NO.: 05-20271-13

## MOTION TO DISMISS

COMES NOW, the Trustee, W. H. Griffin and here by moves the Court for an Order Dismissing the above captioned case without prejudice, and in support thereof states and alleges the following:
    DEFAULT IN PLAN PAYMENTS (-$7600 THRU JULY 15TH @ $3800/MO).
    UNREASONABLE DELAY IN RESPONDING TO THE TRUSTEE'S LETTER
    DATED 07-07-05.  DUE TO THE IRS CLAIM.

WHEREFORE, the Trustee moves the Court for an Order dismissing the above captioned case Without prejudice as provided in 11 U.S.C. Section 1307(c), and that a time be set for the Trustee to make a Final Report of his receipts and disbursements in these proceedings, and further, that a time be set to object to the confirmation of such report.
    Dated: July 25, 2005

<u>s/ W.H. Griffin, Chapter 13 Trustee</u>
W.H. Griffin #08060
4350 Shawnee Mission Parkway, Ste.13
Fairway, KS 66205-2535
(913)677-1311
(913)432-7857 (Fax)
inquiries@13trusteekc.com

## NOTICE WITH OPPORTUNITY FOR HEARING

Any objection/response to the above motion must be filed within twenty (20) days of the date of this notice , July 25, 2005     with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.ksb.uscourts.gov.  A copy of such objection/response shall be served elcetronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If debtor's counsel is not registered for electronic filing, you must serve the objection/response by mail.  If an objection/response is timely filed,  a hearing will be held before the US Bankruptcy Court, 500 State Ave, Room 151, Kansas City KS 66101 on Wed September 7, 2005  at  1:30 PM. If no objection/response is filed on or before August 14, 2005    , an exparte order will be entered.  For information about electronic filing go to  www.ksb.uscourts.gov.

s/W.H. Griffin, Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the debtor and debtor's attorney will be served either electronically or via U.S. mail.

s/W.H. Griffin, Trustee